UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MICHAEL LORUSSO,

      Petitioner,

v.                                                            Case No. 4:25cv42-TKW-MAF

BOB GUATIOUI, Sheriff of
Pinellas County, et al.,

      Respondents.

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 6). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Petitioner's failure to pay the filing fee and failure to comply with court orders. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** based on Petitioner's failure to pay the filing fee and failure to comply with court orders.

1

3.     The Clerk shall enter judgment in accordance with this Order and close

the case file.

**DONE AND ORDERED** this 12th day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**